UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 12-CR-918-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING INDICTMENT AND JUDGMENT OF DISMISSAL AGAINST DEFENDANT JAMES T. MICELI AND ORDER EXONERATING BOND** |
| JAMES T. MICELI (1), | ) |
| Defendant. | ) |

Upon the motion of the United States, IT IS ORDERED that the Indictment be and is hereby dismissed against Defendant James T. Miceli. Bond is exonerated.

Dated: March __, 2013

HONORABLE ROGER T. BENITEZ
United States District Court Judge